granted, costs to abide the event, upon the ground that an issue of fact was presented, which should have been submitted to the jury.

---

GREENE, Appellant, v. GREENE et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Annie M. Greene against Mary A. Greene and others. No opinion. Motion for reargument (of 139 N. Y. Supp. 1125) denied, with $10 costs.

---

GRISSINGER, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Lucy A. Grissinger against the International Railway Company and another.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 143 App. Div. 631, 128 N. Y. Supp. 63.

LAMBERT, J., not sitting.

---

GROSS, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Frank X. Gross, Jr., by guardian, etc., against Timanus J. Wilson. No opinion. Judgment and order affirmed, with costs.

---

GROWERS' & SHIPPERS' EXCHANGE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by the Growers' & Shippers' Exchange against the Erie Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

GUMBERG, Appellant, v. ZUCKER, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Charles Gumberg against Max Zucker. No opinion. Judgment affirmed, with costs.

---

HACKER, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Michael Hacker against John A. White and others. No opinion. Judgment affirmed, with costs.

---

HADCOX v. CODY et al. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by Susan E. Hadcox against Mary R. Cody, individually and as executrix, etc., and others. No opinion. Order (75 Misc. Rep. 569, 135 N. Y. Supp. 861) affirmed, with $10 costs and disbursements.

---

HAGEMANN, Respondent, v. GURNEY REALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by Philip Hagemann against the Gurney Realty Company. No opinion. Judgment and order affirmed, with costs.

---

HALFMOON BRIDGE CO., Appellant, v. CANAL BOARD et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 14, 1913.) Action by the Halfmoon Bridge Company against the Canal Board and others.

PER CURIAM. Order (78 Misc. Rep. 284, 139 N. Y. Supp. 156) reversed, with $10 costs and disbursements, upon the ground that the order to show cause was made in violation of rule 37 of the General Rules of Practice; the moving papers not showing the condition of the action, whether at issue, and, if not tried, the time appointed for holding the next Special or Trial Term where the action is triable.

---

HALL v. CENTRAL FISH CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Richard F. Hall against the Central Fish Company. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1125; 140 N. Y. Supp. 1122.

---

HALL, Respondent, v. CENTRAL FISH CO., Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Richard F. Hall against the Central Fish Company. F. H. Field, of New York City, for appellant. G. B. Covington, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 140 N. Y. Supp. 1122.

---

HANCOCK, Respondent, v. CLARKE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Robert M. Hancock against Charles E. Clarke. No opinion. Motion for leave to appeal to Court of Appeals (from 139 N. Y. Supp. 1125) denied, with $10 costs.

---

HANNA, Respondent, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Thomas Hanna against the Standard Oil Company of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

HARRINGTON v. OLD DOMINION S. S. CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Mary Harrington, as administratrix, etc., against the Old Dominion Steamship Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

In re HARRIS AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of the application of the City of New York relative to acquiring title, etc., in Harris Avenue, etc. No opinion. Motion to dismiss appeal granted, without costs.